**FILED**

06/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0208

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

DA 21-0208

* * * * * * * * * *

IN RE THE MARRIAGE OF:                    )
                                          )
ERIN E. NELSON,                           )
                                          )        **ORDER WAIVING**
            Petitioner and Appellee,      )        **MANDATORY MEDIATION**
and                                       )
                                          )
CHAD M. NELSON,                           )
                                          )
            Respondent and Appellant.     )
                                          )
_____   )

HAVING reviewed the Appellee's Motion to Waive Mandatory Mediation, and for good cause shown,

This case is not subject to the mandatory mediation provision as required by M. R. App. P. 7, and, therefore, the Order of Mediator Appointment is hereby VACATED.

DATED this _____ day of June, 2021.

                                          _____
                                          Supreme Court Justice

cc: Dana Charles Christian, Rebecca Robyn Swandal
    Christopher J. Gillette, and Kevin S. Brown

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 2 2021